# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
        Plaintiff,

vs.          CIVIL ACTION NO.: 11-12276

TIMOTHY KOVACH          HONORABLE: PATRICK J. DUGGAN
        Defendant.
_____/

## ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant Timothy Kovach cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

a.  x☐    First class mail to 1507 Jones Dr., Apt. 34, Ann Arbor, MI 48105

b.  x☐    Certified Mail, Return Receipt Requested.

c.  x☐    Tacking or firmly affixing to the door at 1507 Jones Dr., Apt. 34, Ann Arbor, MI 48105.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the court.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: August 3, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, August 03, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager